UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-5331 PA (SSx) | Date | September 6, 2014 |
|---|---|---|---|
| Title | Gaye H. v. Unum Life Insurance Company of America | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Julieta Lozano | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS—ORDER TO SHOW CAUSE

Pursuant to Federal Rule of Civil Procedure 10, a complaint must set out the names of all parties to the action. Fed. R. Civ. P. 10(a). "The normal presumption in litigation is that parties must use their real names." Doe v. Kamehameha Sch., 596 F.3d 1036, 1042 (9th Cir. 2010). "[W]hen special circumstances justify secrecy," a party may be permitted to proceed anonymously or use a pseudonym. Does I Thru XXIII v. Advanced Textile Corp., 214 F.3d 1058, 1067 (9th Cir. 2000). A party, however, must obtain leave from the court in order to proceed under a fictitious name. See American-Arab Anti-Discrimination Comm. v. Ridge, SA CV 02-1200 AHS (ANx), 2003 U.S. Dist. LEXIS 25100, at *23 (C.D. Cal. Nov. 5, 2003).

In the present case, the Complaint does not provide the plaintiff's full name. Instead, the Complaint only identifies the plaintiff in this action as "Gaye H." (See Docket No. 1.) Plaintiff, however, has not sought leave from this Court to proceed in this action under a pseudonym.

Accordingly, the Court orders Plaintiff to show cause in writing why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 10. See Doe v. Rostker, 89 F.R.D. 158, 163 (N.D. Cal. 1981) ("This court has both the duty and the right to ensure compliance with the Federal Rules and to take action necessary to achieve the orderly and expeditious disposition of cases."). In the alternative, Plaintiff may file an Amended Complaint listing Plaintiff's full name. Plaintiff's response to this Order shall be filed by September 22, 2014. Failure to timely respond to this Order may result in the dismissal of this action without further notice or the imposition of sanctions.

IT IS SO ORDERED.