JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYE HERTAN, | CV 14-5331 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on June 9, 2015,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Gaye Hertan ("Plaintiff") shall have Judgment in her favor and against defendant Unum Life Insurance Company ("Defendant") on her claim for partial long term disability benefits.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant reinstate Plaintiff's partial long term disability benefits effective October 5, 2012.

. . . .

. . . .

. . . .

. . . .

It is FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall have her costs of suit and that any Motion for Attorneys' Fees shall be filed in accordance with the Court's June 9, 2015 Minute Order.

DATED: June 9, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE